No. 81–499.   MOBIL OIL CORP. *v.* UNITED STATES DE-PARTMENT OF ENERGY ET AL.   Temp. Emerg. Ct. App. Motion of Texas City Refining, Inc., for leave to file a brief as *amicus curiae* granted.   Certiorari denied.   JUSTICE BRENNAN would grant certiorari.   The order heretofore entered by JUSTICE BRENNAN on September 3, 1981, is vacated.